

# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

Candy Noland,                      * From the 244th District Court
                                         of Ector County
                                         Trial Court No. C-137,912.

Vs. No. 11-16-00013-CV           * December 21, 2017

Michael Noland,                   * Per Curiam Memorandum Opinion
                                         (Panel consists of: Wright, C.J.,
                                         Willson, J., and Bailey, J.)

This court has considered Appellant's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against the party incurring same.